

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

NOTE: The Northern District of Illinois is an electronic Court pursuant to General Order 14-0024. If you are not an electronic filer, visit our site at www.ilnd.uscourts.gov, E-Filing Info, or click this link for registration requirements http://www.ilnd.uscourts.gov/home/CMECF.aspx

Instructions**: In order to update your information c**omplete this form and e-file it in each case you list below. Next, use the CM/ECF Utilities menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website, select E-Filing Info, CM/ECF User Guide, Managing Your CM/ECF Account. For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: Gary M. Klinger

FIRM: Riley Safer Holmes & Cancila LLP

STREET ADDRESS: Three First National Plaza, 70 West Madison St., Suite 2900

CITY/STATE/ZIP: Chicago, IL 60602

PHONE NUMBER: 312-471-8700

E-MAIL ADDRESS: gklinger@rshc-law.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6303726

If you have previously filed an appearance with this Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:12-cv-10232 | Feliciano v. Dart et al | Honorable Manish S. Shah |
| 1:14-cv-01843 | Joint Commission Resources, Inc. v. Siskin Technologies Inc. | Honorable Manish S. Shah |
| | | |
| | | |
| | | |
| | | |

/s/ Gary M. KlingerMarch 17, 2016
Attorney SignatureDate

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice was filed electronically using the Court's CM/ECF E-Filing system and was served on all parties on March 17, 2016, by operation of the Court's electronic filing system.

By: /s/ Gary M. Klinger